1   VAUGHT & BOUTRIS LLP
    Basil J. Boutris #122758
2   Jon R. Vaught #114590
    Attorneys at Law
3   80 Swan Way, Suite 320
    Oakland, CA 94621
4   Telephone:    (510) 430-1518
    Facsimile:    (510) 382-1166
5
    Attorneys for Plaintiff
6   GLH Construction, Inc.

GRANTED

*Paul S. Grewal*

Judge Paul S. Grewal

7            UNITED STATES DISTRICT COURT

8       FOR THE NORTHERN DISTRICT OF CALIFORNIA

9               SAN JOSE DIVISION

10

11  GLH CONSTRUCTION, INC.,          )    Case No.: C13-05420 PSG
    a California corporation,         )
12                                    )
                       Plaintiff,     )    REQUEST TO APPEAR
13                                    )    TELEPHONICALLY AT
                                      )    CASE MANAGEMENT CONFERENCE
14        v.                          )
                                      )    Date: January 7, 2014
15  FACILITIES LOGISTICS, INC.,       )    **Time: 10:00 a.m.**
    a California corporation; and DOES )    Place: Courtroom 5
16  1 through 25 inclusive,           )
                                      )
17                     Defendants.    )
                                      )

18

19       TO THE HONORABLE UNITED STATES MAGISTRATE JUDGE PAUL S.

20  GREWAL:

21       I hereby request to be allowed to participate telephonically at the Case Management

22  Conference scheduled for January 7, 2014 at 10:00 a.m., in Courtroom 5.

23

24  Date: January 6, 2014                    /s/ Basil J. Boutris
                                             Basil J. Boutris, Attorney for Plaintiff
25                                           GLH Construction, Inc.

26

27

28

    REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE
    (Y:\gen lit\GLH