1  GREGG S. GARFINKEL (156632)
2  AGUNG W. ATMAJA (285313)
   NEMECEK & COLE
3  A Professional Corporation
4  15260 Ventura Boulevard, Suite 920
   Sherman Oaks, California 91403-5399
5  (818) 788-9500 \ (818)501-0328 Fax
6  e-mail:    ggarfinkel@nemecek-cole.com
7
   Attorneys for Defendant
8  FACILITIES LOGISTICS, INC.



GRANTED
Judge Paul S. Grewal

9
10
11              UNITED STATES DISTRICT COURT
12              NORTHERN DISTRICT OF CALIFORNIA
13                    SAN JOSE DIVISION

14 | GLH CONSTRUCTION, INC.              ) U.S.D.C. Case No.: CV-13-05420 PSG
15 |             Plaintiff,              ) REQUEST TO APPEAR
                                         ) TELEPHONICALLY AT CASE
16 |      - vs -                         ) MANAGEMENT CONFERENCE
17 | FACILITIES LOGISTICS, INC.; and     )
   | DOES 1-10, inclusive                ) Date : January 7, 2014
18 |                                     ) Time : 10:00 a.m.
                                         ) Place : Courtroom 5
19 |             Defendants.             )
20 |_____)

21
22
23
24
25
26
27
28

                                    1

REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE
F:\Jbc\2405\017\2405017P.4rfcc.wpd

1  TO THE HONORABLE UNITED STATES MAGISTRATE JUDGE PAUL S.
2  GREWAL:

3  I hereby request to be allowed to participate telephonically at the Case Management
4  Conference scheduled for January 7, 2014 at 10:00 a.m., in Courtroom 5. This request
5  is being made due to the fact that defendants are located in Los Angeles and it would be
6  economically beneficial for defendants to appear telephonically.

8  Dated: January 6, 2014                NEMECEK & COLE

10                                       By: /s/ Gregg S. Garfinkel
                                             GREGG S. GARFINKEL
11                                           Attorneys for Defendant
                                             FACILITIES LOGISTICS, INC.

REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE
F:\Jbc\2405\017\2405017P.4rfcc.wpd