GREGG S. GARFINKEL (156632)
ALLEN G. HAROUTOUNIAN (291945)
**NEMECEK & COLE**
A Professional Corporation
15260 Ventura Boulevard, Suite 920
Sherman Oaks, California 91403-5399
Tel: (818)788-9500 / Fax: (818) 501-0328

Attorneys for Defendant and Third Party Plaintiff
FACILITIES LOGISTICS, INC.

**GRANTED**
Judge Paul S. Grewal

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLH CONSTRUCTION, INC., <br><br> Plaintiff, <br><br> -vs- <br><br> FACILITIES LOGISTICS, INC.; and DOES 1-10, inclusive, <br><br> Defendants. <br><br> FACILITIES LOGISTICS, INC., <br><br> Third Party Plaintiff, <br><br> -vs- <br><br> 3-WAY LOGISTICS, a business entity of unknown form, and ROES 1-50, <br><br> Third Party Defendants. | U.S.D.C. Case No.: CV-13-05420 PSG <br><br> [Assigned for all purposes to the Hon. Paul S. Grewal] <br><br> **DEFENDANT FACILITIES LOGISTICS, INC.'S REQUEST TO APPEAR TELEPHONICALLY BY COURT CALL RE: FACILITIES LOGISTICS, INC.'S PARTIAL MOTION FOR SUMMARY JUDGMENT** <br><br> Date: December 2, 2014 <br> Time: 1:00 p.m. <br> Courtroom: No. 5 <br> Judicial Officer: Hon. Paul S. Grewal <br><br> Trial Date: March 9, 2015 |

1

REQUEST TO APPEAR TELEPHONICALLY VIA COURT CALL

DEFENDANT FACILITIES LOGISTICS, INC. ("FACILITIES LOGISTICS") filed its Motion for Partial Summary Judgment on October 2, 2014. The hearing date scheduled for FACILITIES LOGISTICS' motion was scheduled for December 2, 2014 at 10:00 a.m.. The Court specially set the time for FACILITIES LOGISTICS' motion from 10:00 a.m. to 1:00 p.m. As a result of the change in time, both FACILITIES LOGISTICS' counsel of record, Gregg S. Garfinkel, Esq. and Third Party Defendant 3-WAY LOGISTICS' counsel of record, William Horsey, is unable to appear in person on December 2, 2014, at 1:00 p.m. at Courtroom 5 of the United States District Court for the Northern District of California, San Jose Division.

Accordingly, FACILITIES LOGISTICS respectfully requests that the Court allow Allen G. Haroutounian, Esq., to appear telephonically, via Court Call, on behalf of Mr. Garfinkel and FACILITIES LOGISTICS at the hearing for FACILITY LOGISTICS' Partial Motion for Summary Judgment on December 2, 2014 at 1:00 p.m. 3-WAY LOGISTICS also respectfully requests that the Court allow Mr. William Horsey, Esq. to appear telephonically at the hearing for FACILITY LOGISTICS' Partial Motion for Summary Judgment on December 2, 2014 at 1:00 p.m.

Dated: December 2, 2014    By: _____
GREGG S. GARFINKEL
ALLEN G. HAROUTOUNIAN
Attorneys for Defendant
FACILITIES LOGISTICS, INC.

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 15260 Ventura Blvd., Suite 920, Sherman Oaks, CA 91403.

On December 2, 2014, I served the document described as **DEFENDANT FACILITIES LOGISTICS, INC.'S REQUEST TO APPEAR TELEPHONICALLY BY COURT CALL RE: FACILITIES LOGISTICS, INC.'S PARTIAL MOTION FOR SUMMARY JUDGMENT** upon the interested parties in this action in a sealed envelope addressed as follows:

Basil J. Boutris
Vaught & Boutris, Llp
80 Swan Way, Suite 320
Oakland, CA 94621
basil@vaughtboutris.com

Christopher J. Nevis, Esq.
William F. Horsey, Esq.
Lewis Brisbois Bisgaard & Smith LLP
333 Bush Street, Suite 1100
San Francisco, CA 94103
nevis@lbbslaw.com
horsey@lbblslaw.com

___ **(By Mail)** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Sherman Oaks, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after day of deposit for mailing contained in affidavit.

___ **(By Overnight Delivery)** I deposited this document in the box or other facility located at 15260 Ventura Blvd., Suite 920, Sherman Oaks, CA 91403 regularly maintained by Norco Overnite, in an envelope designated by Norco Overnite with delivery fees paid or provided for, addressed to the persons on whom it is to be served, for guaranteed next day delivery.

___ **(By Facsimile Transmission)** I caused the foregoing document to be served by facsimile transmission to each of the interested parties at the facsimile machine telecopy number shown above.

_X_ **(To Be Served By The Court Via Notice of Electronic Filing ("NEF"))** – Pursuant to controlling General Order(s) and Federal Rule(s) ("FR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On December 2, 20134, I checked the CM/ECF docket for this district case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the following email address(es):

Executed on December 2, 2014, at Sherman Oaks, California.

_X_ **(Federal)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
KARYN A. ELDER

PROOF OF SERVICE