```
VAUGHT & BOUTRIS LLP
Basil J. Boutris, SBN 122758
Jon R. Vaught, SBN 114590
Attorneys at Law
7677 Oakport Street, Suite 1140
Oakland, CA 94621
Telephone:  (510) 430-1518
Facsimile:  (510) 382-1166
```

Attorneys for Plaintiff GLH Construction, Inc.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| GLH CONSTRUCTION, INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> FACILITIES LOGISTICS, INC., a California corporation; and DOES 1 through 25 inclusive, <br><br> Defendants. | Case No. C13-05420 PSG <br><br> NOTICE OF REQUEST FOR DISMISSAL OF ENTIRE ACTION |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL:

The parties have reached a settlement in the above-referenced action. Pursuant to Federal Rule of Civil Procedures 41(a)(2), the parties hereby request that the Court dismiss the entire action of all parties and all causes of action with prejudice.

Date: April 3, 2015                     /s/ Basil J. Boutris
                                        Basil J. Boutris, Attorney for Plaintiff
                                        GLH CONSTRUCTION, INC.

///

///

1

REQUEST FOR DISMISSAL OF ENTIRE ACTION
(Y:\GenLit\GLH\Request for Dismissal)

1

2  Date: April 6, 2015                          /s/ Allen G. Haroutounian
3                                               Allen G. Haroutounian,
                                                Attorney for Defendant and Third
4                                               Party Plaintiff FACILITIES LOGISTICS, INC.

5

6  Date: April 6, 2015                          /s/ William Horsey
7                                               William Horsey, Attorney for Third Party
                                                Defendant, THREE-WAY LOGISTICS

8

9

10

11

12          IT IS SO ORDERED.

13          Pursuant to the request of the parties the Court hereby dismisses

14  Case No. C13-05420 PSG, as to all parties and all causes of action, with prejudice.

15

16  Date: April __7__, 2015

17                                              HONORABLE PAUL S. GREWAL
                                                UNITED STATES DISTRICT COURT

18

19

20

21

22

23

24

25

26

27

28

REQUEST FOR DISMISSAL OF ENTIRE ACTION
(Y:\GenLit\GLH\Request for Dismissal)